STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Preston Miller Summers
Attorney at Law
P. O. Box 86
Abbeville LA 70511-0086

**REHEARING ACTION: February 18, 2015**

**Docket Number: 14   00901-CW**

**LILLIE LEE PILETTE**
**VERSUS**
**LAFAYETTE GENERAL MEDICAL CENTER, ET AL.**

**Writ Application from Lafayette Parish Case No. 20135244**

**BEFORE JUDGES:**

> **Hon. Sylvia R. Cooks**
> **Hon. Marc T. Amy**
> **Hon. Billy Howard Ezell**
> **Hon. James T. Genovese**
> **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lillie Lee Pilette** has this day been

> **DENIED.**

cc: Nicholas Gachassin, Jr., Counsel for the Applicant
    Nicholas Gachassin, III, Counsel for the Applicant
    Julie Savoy, Counsel for the Applicant
    Barbara A. Olinde, Counsel for the Applicant
    Marc W. Judice, Counsel for  the Respondent
    J. Ryan Pierret, Counsel for  the Respondent